**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>TERRENCE J. HANCOCK, et al.<br><br>      v.<br><br>ALL STAR ASPHALT, INC., an Illinois corporation | FILED Case Number:<br>March 18, 2008    TG<br>08cv1590<br>Judge MANNING<br>Magistrate Judge SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TERRENCE J. HANCOCK, et al., Plaintiffs herein

---

| |
|---|
| NAME (Type or print)<br>  Catherine M. Chapman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/  Catherine M. Chapman |
| FIRM<br>  Baum Sigman Auerbach & Neuman, Ltd. |
| STREET ADDRESS<br>  200 W. Adams Street, Suite 2200 |
| CITY/STATE/ZIP<br>  Chicago, IL  60606-5231 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6204026 | 312/236-4316 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐